**Walter TREPTE and Margaret Trepte, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 12078.

United States Court of Appeals
Ninth Circuit.

July 13, 1949.

George H. Stone and Wm. D. Morrison, San Diego, Cal., for petitioners.

Before STEPHENS, BONE and ORR, Circuit Judges.

PER CURIAM.

On authority of Commissioner of Internal Revenue v. Culbertson, 69 S.Ct. 1210, the decision of the Tax Court is reversed and the cause is remanded to the Tax Court for further proceedings in conformity with the opinion of the Supreme Court of the United States in the said case of Commissioner of Internal Revenue v. W. O. Culbertson, Sr., and Gladys Culbertson.

Reversed and remanded.

Judge STEPHENS did not participate in this decision.